IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Nelson, Johnny | Case Number:  08 B 11358 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/22/09 | Filed:  5/5/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  November 20, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,512.80 | |
| Secured: | | 500.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 34.87 |
| Other Funds: | | 4,977.93 |
| Totals: | 5,512.80 | 5,512.80 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 2. | GMAC Auto Financing | Secured | 22,830.00 | 500.00 |
| 3. | Illinois Dept of Revenue | Priority | 778.09 | 0.00 |
| 4. | Internal Revenue Service | Priority | 2,078.43 | 0.00 |
| 5. | Wells Fargo Financial Illinois Inc | Unsecured | 0.00 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 188.45 | 0.00 |
| 7. | GMAC Auto Financing | Unsecured | 0.01 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 53.21 | 0.00 |
| 9. | State of Illinois | Priority | | No Claim Filed |
| 10. | Latrice Fuller | Priority | | No Claim Filed |
| 11. | Harvard Collection Services In | Priority | | No Claim Filed |
| 12. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 13. | Harris & Harris | Unsecured | | No Claim Filed |
| 14. | ICS | Unsecured | | No Claim Filed |
| 15. | KCA Financial Services | Unsecured | | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 17. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 18. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 19. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 20. | Premier Credit | Unsecured | | No Claim Filed |
| 21. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 23. | AFNI | Unsecured | | No Claim Filed |
| 24. | Westmont Fire Dept | Unsecured | | No Claim Filed |
| | | | $ 25,928.19 | $ 500.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Nelson, Johnny | Case Number: 08 B 11358 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/22/09 | Filed: 5/5/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 27.80 |
| 6.6% | 7.07 |
| | $ 34.87 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

